SLR:EB:CSK
F#2005V00780

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

    -against-                         ORDER OF DELIVERY

ABAD ELFGEEH                      03-CR-133 (SJ)

        Defendant.
- - - - - - - - - - - - - - - -X

       IT IS HEREBY ORDERED that the United States Clerk of Court for the Eastern District of New York is directed to deliver to the United States Marshal's Service for the Eastern District of New York Dollars Fifty Thousand Dollars ($50,000.00) currently being held to secure the defendant ABAD ELFGEEH's bail, which was previously set by this Court on April 30, 2003.

       The United States Marshal's Service is directed to apply such funds towards the $ 22,435,467.00 Forfeiture Money Judgment entered against the defendant ABAD ELFGEEH and to dispose of the forfeited funds in accordance with all applicable laws and rules.

Brooklyn, New York               SO ORDERED:
Dated: February ___, 2006

                                       HONORABLE STERLING JOHNSON, JR.
                                       UNITED STATES DISTRICT JUDGE
                                       EASTERN DISTRICT OF NEW YORK

Signed by J. Johnson